**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:   Christopher Mack Lovett | | CHAPTER 13 |
| 15518 Keowee Ct | | |
| Friendswood, TX  77546 | | CASE NO. 11-34931-H1 |
| DEBTOR | | |

**NOTICE OF TRUSTEE'S**
**INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 20 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Christopher Mack Lovett<br>15518 Keowee Ct<br>Friendswood, TX  77546 | $0.00 | DEBTOR REFUND |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $0.00 | ATTORNEY FEE |
| RJM ACQUISITIONS<br>575 UNDERHILL BLVD #224<br>SYOSSET, NY  11791 | $126.21 | UNSECURED CREDITOR<br>ACCT:  4302<br>COMM:  CLUB PURCHASES |
| NISSAN MOTOR CORP<br>PO BOX 660366<br>DALLAS, TX  75266-0366 | $12,917.40 | UNSECURED CREDITOR<br>ACCT:  5653<br>COMM:  2008 NISSAN TITAN - AMD<br>6/15/2011A; AMD 10/3/11 TO UNSEC |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $3,025.00 | ATTORNEY FEES<br>ACCT:  ATTY FEES PER FIX FEE<br>COMM:  ORDER APPROVING FIXED<br>FEE S/6/17/11 |

CASE NO.  11-34931-H1   Christopher Mack Lovett

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GE MONEY BANK<br>C/O RECOVERY MGMT SYSTEMS<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL  33131 | $0.00 | PARTY REQUESTING NOTICE |
| DEVLIN, NAYLOR & TURBYFILL<br>4801 WOODWAY STE 420-WEST<br>HOUSTON, TX  77056 | $0.00 | PARTY REQUESTING NOTICE |
| EDWARD RAWLS<br>1355 COUNTY ROAD 3475<br>COLMESNEIL, TX  75938 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br><br>COMM:  HOMESTEAD |
| INSOLVE RECOVERY LLC<br>PO BOX 88710<br>MILWAUKEE, WI  53288-0710 | $6,124.60 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  6479<br>COMM: '08 YAMAHA 4WHEELER (PAY DIRECT) |
| CONNS CREDIT CORP<br>PO BOX 2358<br>BEAUMONT, TX  77704-2358 | $200.00 | SECURED CREDITOR<br>ACCT:  7433<br>COMM:  GOODS SOLD ( PAY VAL) |
| CITIBANK<br>PO BOX 20507<br>KANSAS CITY, MO  64195 | $0.00 | NOT FILED<br>ACCT:  2551 |
| CITIBANK<br>PO BOX 20507<br>KANSAS CITY, MO  64195 | $0.00 | NOT FILED<br>ACCT:  0023 |
| DSNB MACYS<br>911 DUKE BLVD<br>MASON, OH  45040 | $0.00 | NOT FILED<br>ACCT:  3920 |
| DSRM NATIONAL BANK<br>PO BOX 300<br>AMARILLO, TX  79105 | $0.00 | NOT FILED<br><br>COMM:  DIAMOND SHAMROCK |
| HSBC BANK<br>ATTN BANKRUPTCY<br>PO BOX 5895<br>CAROL STREAM, IL  60197 | $0.00 | NOT FILED<br>ACCT:  6683 |
| OUTSOURCE RECIEVABLES<br>PO BOX 166<br>OGDEN, UT  84402 | $0.00 | NOT FILED<br>ACCT:  3344<br>COMM:  AMEGY BANK |

CASE NO.  11-34931-H1   Christopher Mack Lovett

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | $573.68 | UNSECURED CREDITOR<br>ACCT:  7589<br>COMM:  CREDIT CARD, ORCHARD BANK |
| GE CAPITAL RETAIL BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE  SUITE 1120<br>MIAMI, FL  33131-1605 | $513.36 | UNSECURED CREDITOR<br>ACCT:  4155<br>COMM:  MONEY LOANED, SAMS CLUB |
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL  61701 | $0.00 | NOT FILED<br>ACCT:  0001 |
| CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DRIVE  SUITE 400<br>VALHALLA, NY  10595-1340 | $754.67 | UNSECURED CREDITOR<br>ACCT:  8470<br>COMM:  MONEY LOANED |
| JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO  63195 | $820.00 | UNSECURED CREDITOR<br>ACCT:  1333<br>COMM:  CREDIT CARD, NATL CREDIT ADJ.; AMD 7/11/11 |
| ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI  48090 | $2,361.60 | UNSECURED CREDITOR<br>ACCT:  4002<br>COMM:  RETAIL INSTAL CONT; AMD 1/25/12 |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $400.00 | ATTORNEY FEES<br>ACCT:  EXCESS FEE<br>COMM:  S/ORDER 06/17/2011 |
| GRANITE RECOVERY LLC<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE  SUITE 1120<br>MIAMI, FL  33131-1605 | $1,232.98 | UNSECURED CREDITOR<br>ACCT:  6519<br>COMM:  GOODS SOLD, RVLVNG CREDIT, MONTGOMERY WARD |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $450.00 | ATTORNEY FEES<br>ACCT:  ATY FEES - MOD  9/24/2012<br>COMM:  FFA /S/ 6/17/2011 |
| SUGHRUE LAW FIRM<br>ATTN: MOLLY SUGHRUE<br>723 MAIN STREET, STE 710<br>HOUSTON, TX  77002 | $275.00 | ATTORNEY FEES<br>ACCT:  ATY FEES - MOD  9/24/2012<br>COMM:  FFA /S/ 6/17/2011 |

CASE NO. 11-34931-H1   Christopher Mack Lovett

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONNS CREDIT CORP<br>PO BOX 2358<br>BEAUMONT, TX  77704-2358 | $200.80 | UNSECURED CREDITOR<br>ACCT:  7433<br>COMM:  Split Claim |
| **TOTAL:** | **$29,975.30** | |

CASE NO.  11-34931-H1   Christopher Mack Lovett

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred.

DATED: September 18, 2012                    /s./ David G. Peake
                                             DAVID G. PEAKE, TRUSTEE
                                             ADMISSIONS ID NO. 15679500
                                             9660 HILLCROFT, STE 430
                                             HOUSTON, TX  77096
                                             (713)283-5400

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's office on or about the time this document was electronically filed with the Clerk on September 18, 2012. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee